IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION<br><br>RICKEY THORNE and BARBARA J. THORNE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRANE CO., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-419 (MN) (SRF)<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 1st day of July 2022:

WHEREAS, on June 16, 2022, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 63) in this action, recommending that the Court grant the Motion for Summary Judgment of Defendant Crane Co. (D.I. 55); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

The Motion for Summary Judgment of Defendant Crane Co. (D.I. 55) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Crane Co. and against Plaintiffs Rickey Thorne and Barbara J. Thorne.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge